UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
MAR 2 3 2017
DAVID CREWS, CLERK
BY_____ Deputy

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:17CR 036
18 U.S.C. § 2250(a)

ERIC LAQUINTAY WARD

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about January 4, 2017, to on or about February 24, 2017, in the Northern District of Mississippi and elsewhere, ERIC LAQUINTAY WARD, defendant, being a person required to register under the Federal Sex Offender Registration and Notification Act, traveled in interstate commerce and knowingly failed to update a registration as a sex offender as required by the laws of the State of Mississippi and failed to register in the State of Arkansas, all in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

_____
UNITED STATES ATTORNEY
acting

/s/redacted signature
FOREPERSON